# United States Court of Appeals
**For the Seventh Circuit**
Chicago, Illinois 60604

April 23, 2021

**By the Court:**

| | |
|---|---|
| CITY OF CHICAGO,<br>    Plaintiff-Appellee, Cross-Appellant,<br><br>Nos. 21-1604, 21-1632, 21-1700 & 21-1701   v.<br><br>MERRICK B. GARLAND, Attorney<br>General of the United States,<br>    Defendant-Appellant, Cross-Appellee. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:18-cv-06859<br>] No. 1:17-cv-05720<br>]<br>] Harry D. Leinenweber,<br>]    Judge. |

O R D E R

The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

The briefing schedule is as follows:

1. Defendant shall file his opening brief and required short appendix in the main appeals docketed in 21-1604 and 21-1632 on or before June 2, 2021.

2. Plaintiff shall file its combined responsive brief in the main appeals and opening brief and appendix in the cross-appeals docketed in 21-1700 and 21-1701 on or before July 2, 2021.

3. Defendant shall file his combined reply brief, if any, in the main appeals and responsive brief in the cross-appeals on or before August 2, 2021.

Nos. 21-1604, *et al.* Page 2

4. Plaintiff shall file its reply brief, if any, in the cross-appeals on or before August 23, 2021.

**Important Scheduling Notice!**

**Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http//www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed.** *See* **Circuit Rule 34(e).**